# United States Court of Appeals

## For the First Circuit

_____

No. 99-1193

SANTA PADILLA-GARCIA,
Plaintiff, Appellant,

v.

JOSE GUILLERMO RODRIGUEZ, In his Personal
Capacity and in his Official Capacity as
Mayor of the Municipality of Mayaguez;
MUNICIPALITY OF MAYAGUEZ; REINALDO TORRES;
EDGARDO LUGO, In his Personal Capacity and
in his Official Capacity; Z, Y, W PERSONS,
Who also conspired to discriminate against
plaintiff depriving her of protected rights
for wrongful termination of employment contract,
Defendants, Appellees.

_____

ERRATA SHEET

The opinion of this court issued on May 15, 2000 is amended as
follows:

Page 20, line 3 should read:  "note **2**" instead of "note 1."